UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FRANCISCO ORTEGA,                                                    Civ. Action#: 07 CIV 3873

                Plaintiff,

      -against-
                                                                           **NOTICE OF APPEARANCE**

200 EAST PARKING CORP. and
IMPERIAL PARKING SYSTEMS, INC.,

                Defendants.
------------------------------------------------------------------x

        **PLEASE TAKE NOTICE**, that the undersigned have been retained by and appears for defendants, 200 East Parking Corp. and Imperial Parking System, Inc., in this action and demands that a copy of all notices and other papers therein be served on us at our offices located at 90 Merrick Avenue, East Meadow, New York 11554.

DATED:      East Meadow, New York
                June 27, 2007

                                          CERTILMAN BALIN ADLER & HYMAN, LLP

                                          By: _____
                                               DOUGLAS E. ROWE, ESQ. (DER 6261)
                                               Attorneys for Defendants
                                               90 Merrick Avenue
                                               East Meadow, New York 11554
                                               (516) 296-7000

TO:    THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
         Attorneys for Plaintiff
         222 Broadway, 19th Floor
         New York, NY 10038
         212-860-9169
         Attn.: Justin A. Zeller, P.C.

1907805.1