## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2007, the foregoing **NOTICE OF APPEARANCE** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or Southern District's Local Rules, and/or the Eastern District Rules on Electronic Service upon the following parties and participants:

> THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
> Attorneys for Plaintiff
> 222 Broadway, 19th Floor
> New York, NY 10038
> 212-860-9169
> Attn.: Justin A. Zeller, P.C.

_____
Douglas E. Rowe (DER 6261)

1905074.2