PATTERSON 5.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
FRANCISCO ORTEGA,                              Civ. Action#: 07 CIV 3873 (RPP)

        Plaintiff,

    -against-                                     STIPULATION

200 EAST PARKING CORP. and
IMPERIAL PARKING SYSTEMS, INC.,

        Defendants.
---------------------------------------x

    IT IS HEREBY STIPULATED by the parties hereto as follows:

    1.    The time for Defendants, 200 East Parking Corp. and Imperial Parking Systems, Inc., to answer or otherwise move with respect to the complaint is extended to July 13, 2007.

Defendants waive defense of lack of jurisdiction based upon service of process.

Dated: East Meadow, New York
       June 27, 2007

THE LAW OFFICE OF                              CERTILMAN BALIN ADLER & HYMAN, LLP
  JUSTIN A. ZELLER, P.C.

By: _____                    By: _____
    JUSTIN A. ZELLER, ESQ. (JZ 7094)                DOUGLAS E. ROWE, ESQ. (DER 6261)
Attorneys for Plaintiff                        Attorneys for Defendants
175-61 Hillside Avenue                         90 Merrick Avenue
Jamaica, NY 11432                              East Meadow, NY 11554
(718) 725-2820                                 (516) 296-7000

July 9, 2007
So Ordered:

_____
U.S.D.J.