UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FRANCISCO ORTEGA,

           Plaintiff,

-against-

200 EAST PARKING CORP. and
IMPERIAL PARKING SYSTEMS, INC.,

           Defendants.
------------------------------------------------------------------x

Civ. Action#: 07 CIV 3873
           (RPP)(GWG)

**RULE 7.1**
**DISCLOSURE STATEMENT**

    Defendants, 200 East Parking Corp. and Imperial Parking Systems, Inc., as and for their disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 1.9, hereby sets forth, upon information and belief, as follows:

    Defendants, 200 East Parking Corp. and Imperial Parking Systems, Inc., do not have a parent corporation and/or any publicly held corporation that owns ten percent (10%) or more of its stock.

Dated: East Meadow, New York
       July 12, 2007

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____
    DOUGLAS E. ROWE, ESQ. (DER 6261)
    Attorneys for Defendants
    90 Merrick Avenue
    East Meadow, New York 11554
    (516) 296-7000

TO:   THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
      Attorneys for Plaintiff
      222 Broadway, 19th Floor
      New York, NY 10038
      212-860-9169
      Attn.: Justin A. Zeller, P.C.

1907788.1