## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2007, the foregoing **ANSWER** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or Southern District's Local Rules, and/or the Eastern District Rules on Electronic Service upon the following parties and participants:

THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
Attorneys for Plaintiff
222 Broadway, 19th Floor
New York, NY 10038
212-860-9169
Attn.: Justin A. Zeller, P.C.

_____
Douglas E. Rowe (DER 6261)