THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 WEST BROADWAY, 5TH FLOOR
NEW YORK, NY 10011
PHONE (212) 229-2249
FAX (212) 229-2246
EMAIL JAZELLER@ZELLERLEGAL.COM

November 14, 2007

**VIA U.S. MAIL**

Hon. Robert P. Patterson, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Rm 2550
New York, NY 10007

        Re:   Ortega v. 200 East Parking Corp.
                Docket No.: 07 CV 3873

Dear Judge Patterson,

    The undersigned is counsel to Plaintiff in the above referenced matter.

    I am pleased to inform the Court that the above matter has settled in principle. The parties are in the process of signing the Settlement Agreement and request that the Court conditionally dismiss this matter with prejudice affording Plaintiff's counsel the right to reopen the matter within forty-five (45) days if the matter has not settled.

    Thank you very much.

                                       Respectfully submitted,

                                       Justin A. Zeller
                                       *Counsel to Plaintiff*

Encl.

CC:
Certilman Balin Adler & Hyman
Att: Douglas E. Rowe, Esq.
90 Merrick Avenue
East Meadow NY 11554